*Exhibit A*



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

March 11, 2011

Joy Williams
BARROWAY TOPAZ KESSLER MELTZER CHECK LLP
280 King of Prussia Road
Radnor, PA 19087

    Re:     *Revised Bid for International Service of Process in the People's Republic of China*

Dear Ms. Williams:

Thank you for your inquiry. Service of process in the People's Republic of China must be effected through the *Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters*. The fees for providing this service are as follows:

| Service through Article 5(a) or 5(b) of the *Hague Convention on the Service Abroad Of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (estimated turnaround time: 4 to 7 months) | | |
|---|---|---|
| | **Procedure** | **Fee** |
| X | *Mandatory:* Preparation in English of Service Forms USM-94 (in duplicate) | $575 *($450 for each additional defendant)* |
| | *Optional but recommended:* Additional Notice set forth by the 14th Session of the Hague Conference | |
| | *Mandatory:* Fee for service | |
| X | *Mandatory:* Translation and Legal Certification of documents to be served, including attachments and exhibits *(based on documents received 3/11/11)* | $2,595 + $25 per certified copy *(one certified copy per defendant required)* |
| | *Not required:* Authentication of Summons and Complaint | n/a |
| | *Recommended:* Verification of corporate registered address in the PRC by Private Detective | $500 per defendant |
| X | *Optional but recommended:* FedEx service | *(billed directly to your account)* |
| | *Optional:* Affidavit *(if required by US court with respect to extensions of time, methods of service, etc.)* | $175/hr |
| | *Optional:* Periodic follow up with Central Authority *(fee includes interpreter's time and all long distance phone charges)* | $175/hr *(please specify cap)* |
| | *Mandatory:* Translation and Certification of Proof of Service as returned by foreign Central Authority | $175 and up *(depending upon length of proof of service)* |
| | **Total fees for 4 defendants** | **$4,620** |
| | ***DEPOSIT PAID*** | ***$4,170*** |
| | *Remaining balance due* | *$450* |

**Letters Rogatory replaced by Hague Forms.** Please note that, under the terms of the *Convention*, no actual letter rogatory is required; instead, service is initiated through a series of pre-established *Hague* Request Forms. LLS will complete the Forms and will forward two sets, with your documents for service appended, to the Chinese Central Authority. That Central Authority, in turn, will refer your documents to the competent court of justice who will oversee actual service.

**Translation.** In order to meet U.S. due process requirements, the documents to be served should be translated into a language understood by the defendant. Furthermore, if service under Art. 5, paragraph 1(a) or Art. 5, paragraph 1(b) of the *Convention* is requested, the Chinese authorities will require a Chinese translation of all documents to be served.

**Alternate Methods of Service.** Your options are severely limited here. Under US State and Federal Rules, service may generally be effected through international registered mail or by private agent. Unfortunately, China has specifically objected to service of process by either of these methods. Furthermore, U.S. consular officials are prohibited from serving process abroad (an option under Article 10 (c) of the *Convention*) in all but the most exceptional cases.

**Proof of Service.** Currently, it takes an average of 4 to 7 months before proof of service is returned to the applicant. Please be aware that local People's Courts are frequently subject to protectionist sentiments and local political pressures and that it is not unusual to encounter obstacles in the service of foreign process in China. In addition, service in China under the *Hague Convention* can incur lengthy delays. If you wish, LLS can provide periodic follow up with the Chinese Central Authority and report back to you on your case's progress.

Once service has been effected, the Hague Certificate of Service will be completed by the Chinese authorities and will be returned to LLS, along with a copy of all original documents forming a part of the Request. Proof of service may be in Chinese and should be translated and certified by LLS. Please note, the entire packet of documents, including the final certified translation, is then normally submitted to the court as proof of service.

Please understand, LLS cannot *guarantee* the performance of foreign bureaucrats. Please also be aware that service of process under any of the methods described does not commit the State of Destination to recognize or enforce any ensuing judgment that may be rendered by a U.S. court.

**Caveat.** LLS is one of the premier translation and international litigation support companies in North America. LLS has considerable experience in the area of administering service of process under the *Hague Convention* and other international treaties, but does not represent itself to be legal counsel in the area of international service of process nor does it guarantee the performance of foreign bureaucrats. LLS shall not be held liable for service which is quashed due to improper or incomplete documentation supplied by the client, incorrect address for the party to be served, or defects to form. In the event service of process is determined to be improper for any reason occasioned by the acts or omissions of LLS, the attorney is entitled to a refund of all charges for those particular services. LLS shall not be liable for any incidental or consequential damages. Please note that clients of LLS shall treat all information regarding LLS' prices, procedures or contacts as confidential. Specifically such information may not be released to competitors or other parties.

Finally, fees quoted are valid for a period of sixty (60) days from the date of this letter.

In order for LLS to initiate work, we require your signature below acknowledging that your firm has authorized the project and is responsible for payment. The bid letter may be returned to LLS at our toll-free fax number, (888)754-8454. Please note that work will not be initiated without your signature and that delays in returning this bid letter may jeopardize deadlines for your project. In addition, please note that payment must be received by LLS to initiate work on the *Hague* forms and/or begin translation of the documents. For your convenience, LLS accepts checks, wire transfers and most major credit cards.

Please note if job is subsequently cancelled or put on hold, BARROWAY TOPAZ KESSLER MELTZER CHECK LLP will be responsible for any costs that have been incurred by LLS.

I hope you will not hesitate to contact me at (800) 755-5775 if you have questions about any aspect of the work we will be performing.

Sincerely yours,

LEGAL LANGUAGE SERVICES
*A Division of ALS International, Inc.*

Ph____ R. Anderson, Esq.
In_____tional Litigation Support Services
Na____al Service Center

Agreed and accepted by:

BARROWAY TOPAZ KESSLER MELTZER
CHECK LLP

_____  3/14/11
(signature & date)

_____
(printed name & title)