*Exhibit B*



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

April 7, 2011

Joy Williams
BARROWAY TOPAZ KESSLER MELTZER CHECK LLP
280 King of Prussia Road
Radnor, PA 19087

Re: *JERRY MARTENEY, Derivatively on Behalf of Nominal Defendant CHINA-BIOTICS, INC. v. SONG JINAN, CHIN JI WEI, DU WEN MIN, and SIMON YICK*
*International Service of Process in China upon: SONG JINAN, CHIN JI WEI, DU WEN MIN, and SIMON YICK*

Dear Ms. Williams:

I would like to inform you that the Central Authority for China received your four Hague Requests for the above-mentioned case on March 31, 2011.

Once the Central Authority for China has received the documents it will take an average of 5-8 months before proof of service is returned to the applicant from China. If you wish, for an additional fee, Legal Language Services (LLS) can provide periodic follow up with the Chinese Central Authority and report to you on your case's progress. Such reports normally commence 6-8 weeks after the request is filed with the foreign authority.

Once service has been effected, the Certificate on page two will be completed by the Chinese authorities and returned to LLS, along with a copy of all original documents forming a part of the Request. <u>Proof of service will be in Chinese.</u> LLS will provide you with a bid letter for translation and certification of the proof of service. Please note, the entire packet of documents, including the final translation, is submitted to the court as proof of service.

If you have any questions or concerns, please feel free to contact our office. It has been a pleasure working with you.

Sincerely,

LEGAL LANGUAGE SERVICES
*A Division of ALS International, Inc.*

Vicki Portuguez
International Service of Process