## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY MARTENEY, Derivatively on Behalf of Nominal Defendant CHINA-BIOTICS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>SONG JINAN, CHIN JI WEI, DU WEN MIN, and SIMON YICK, <br><br>    Defendants, <br><br>    and <br><br>CHINA-BIOTICS, INC., <br><br>    Nominal Defendant. | **Civil Action No. 10-01983-JEB** |

## NOTICE OF FIRM NAME CHANGE

**TO: CLERK OF COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that effective May 15, 2011 the law firm Barroway Topaz Kessler Meltzer & Check, LLP, counsel for Plaintiff Jerry Marteney, has changed its name to KESSLER TOPAZ MELTZER & CHECK, LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

2

Dated: June 16, 2011	Respectfully submitted,

    /s/ Michelle L. Woolley
Mark Hanna
District of Columbia Bar No. 471960
Michelle L. Woolley
District of Columbia Bar No. 983455
**MURPHY ANDERSON PLLC**
1701 K. Street, NW
Suite 210
Washington, DC 20006
Telephone: (202) 223-2620
Facsimile: (202) 223-8651


**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
Eric L. Zagar
Richard H. Kim
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (267) 948-2512

*Attorneys for Plaintiff*